USAO:  2008R00905

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2011 FEB

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Crim. No. _CCB-11-067_ |
| | ) |
| v. | ) (Conspiracy to Commit an Act of |
| | ) Extortion under Color or Pretense |
| JOSE MIGUEL MERCADO GARCIA | ) of Being a United States Employee, |
| ZULAI MORALES | ) 18 U.S.C. §872, 18 U.S.C. §371; |
| RAMONA PICHARDO | ) Aiding & Abetting, 18 U.S.C. §2) |
| MARIA CURET | ) |
| MILTON GORIS | ) |
| | ) |

### INDICTMENT

### COUNT ONE

### Introduction

The Grand Jury for the District of Maryland charges that:

1.   The United States Food and Drug Administration (FDA) is an agency of the United States

Department of Health and Human Services, a department of the government of the United States of

America.

2.   Those employed by the FDA are employees and/or officers of the United States.

3.   During the relevant period of time, JOSE MIGUEL MERCADO GARCIA, MILTON

GORIS, RAMONA PICHARDO, ZULAI MORALES, MARIA CURET, David Lebon, "Lieutenant

Wallace" and David Wallace were not employees or agents of the United States FDA.

### Object of the Conspiracy

4.   It was the object of the conspiracy for JOSE MIGUEL MERCADO GARCIA, ZULAI

MORALES, RAMONA PICHARDO, MILTON GORIS, MARIA CURET and others known and

1

unknown to the grand jury, to commit an act of extortion under color or pretense of being an

employee of the United States of America or a department or agency thereof.

## Manner and Means of the Conspiracy

It was part of the conspiracy:

5.    Beginning on or about December 1, 2007, persons known and unknown to the

Grand Jury claiming to represent pharmaceutical distributors located in the Dominican Republic

placed phone calls and sent e-mails to individuals located in the United States, soliciting the sale of

pharmaceutical drugs;

6.    That individuals who indicated a willingness to purchase pharmaceutical drugs from

the Dominican Republic distributors were then instructed to make payment for the pharmaceutical

drugs via either Western Union (a money wire service) or through their credit cards;


7.    That after making their payment, pharmaceutical customers located in the

United States would then receive telephone calls from persons representing themselves to be

employees of the United States, more particularly FDA Special Agents, who in fact were not FDA

agents;

8.    That among the customers so contacted were individuals identified herein as "PB",

"TW", "PH", "KH", and "GB". At all relevant times hereto, "TW" resided in the District of

Maryland;

9.    That the purported FDA agents would then falsely indicate that the United States

customers' pharmaceutical orders from the Dominican Republic had been interdicted, and that

fines had been levied against the United States pharmaceutical customers. The purported FDA

agents also used false threats of incarceration to extort funds from these United States

pharmaceutical customers;

10. That the amounts of money demanded as fines by these false FDA agents ranged

between $1,300 and $100,000 USD, and that in payment of these amounts, the false FDA agents

would further instruct the customers located in the United States to forward the monies represented

as fines or extortion amounts via Western Union to various individuals located throughout the

United States.

## Overt Acts in Furtherance of the Conspiracy

11. Employing the methods described above, on October 22, 2008, "PB" (an individual

located in Arkansas) received a call from an individual purporting to be "Special Agent Mike

Lebon" of the United States FDA.

12. The individual identifying himself as Special Agent Lebon (SA Lebon) stated that he

had intercepted a package of illegal drugs in Miami from a foreign country which was addressed to

PB. SA Lebon further stated that unless $1,300 was wired via Western Union, PB's case would be

turned over to the Federal Bureau of Investigation and the FDA Director MILTON GORIS in

Miami, Florida, who would then seek the criminal prosecution of PB.

13. Per the instruction of purported SA Lebon, on or about October 22, 2008, PB sent

$800 USD via Western Union to MILTON GORIS in Miami, Florida, and $500 USD to MARIA

CURET in Providence, Rhode Island.

14. MILTON GORIS took delivery of the money at a Publix supermarket located at 18496

NW 67th Avenue in Hialeah, Florida.

15. MARIA CURET took delivery of the money in Providence, Rhode Island.

3

16.     Employing the methods described above, on December 6, 2008, an individual identifying himself as "David Wallace" of the United States FDA telephoned PH and KH who were located in New York.  PH and KH had on a prior day ordered an amount of pharmaceutical drugs from a distributor located in the Dominican Republic, who had contacted PH and KH via telephone.

17.  The individual purporting to be "David Wallace" of the United States FDA threatened PH and KH with arrest unless a $4500 payment was made to ZULAI MORALES in New York, New York.  That same day, PH and KH forwarded $4500 USD via Western Union ZULAI MORALES in New York, New York, per the instruction of "David Wallace".

18.  Employing the methods described above, on or about December 22, 2008, an individual who identified himself as "Lieutenant Wallace" of the United States FDA contacted "GB" via telephone in New York, New York.  "Lieutenant Wallace" threatened GB with arrest and extradition to the Dominican Republic based on GB's prior attempted purchase of pharmaceutical drugs from a source located in the Dominican Republic, and directed GB to pay a series of fines to the attention of ZULAI MORALES.

19.     Pursuant to "Lieutenant Wallace's" instruction, on December 22, 2008, GB forwarded $1,890 USD via Western Union to ZULAI MORALES in New York, New York.

20.     Pursuant to "Lieutenant Wallace's" instruction, on December 23, 2008, GB forwarded $2,500 USD to another individual located in Miami, Florida.

21.     Pursuant to "Lieutenant Wallace's" instruction, on December 26, 2008, GB forwarded to ZULAI MORALES $4,500 USD via Western Union in New York, New York.

22.     Employing the methods described above, on or about on January 9, 2009, ZULAI MORALES contacted by telephone an individual identified as "TW" who was located in the

4

District of Maryland, and identified herself to "TW" as an agent of the FDA located in New York City.

23.     ZULAI MORALES further indicated that a package of pharmaceuticals TW had earlier ordered had been intercepted by United States Customs Service, and that if TW did not send her $3,500 immediately, TW would go to jail.  On that basis, TW forwarded via Western Union $3500 USD to ZULAI MORALES in New York, New York, per her instructions.

26.     On January 10, 2009, an individual identifying himself as "Commander David Wallace" of the FDA telephoned TW, who was located in the District of Maryland, and told TW that an additional payment was needed in order to keep TW out of jail.  The individual identifying himself as "Commander David Wallace" instructed TW to send $5,000 to an individual in Miami, Florida.  That same day, TW forwarded $5000 USD via Western Union to an individual located in Miami, Florida, per "Commander David Wallace's" instructions.

27.     Later that same day, TW received another telephone call in the District of Maryland from ZULAI MORALES, who told TW that after consultation with "Commander Wallace", an additional fine of $3,500 was imposed, and instructed TW that this amount should be forwarded to RAMONA PICHARDO in New York, New York.  Per those instructions, TW that day forwarded $3,500 USD via Western Union to RAMONA PICHARDO.

28.     During the course of 2008-2009, JOSE MIGUEL MERCADO GARCIA of the Dominican Republic recruited individuals located in the United States known and unknown to the Grand Jury to receive money via Western Union from individuals from whom money had been extorted as described above.

29.     Once in receipt of the extorted monies, the individuals recruited by JOSE MIGUEL

MERCADO GARCIA would then transfer the extorted monies (minus a commission) via Western

Union to JOSE MIGUEL MERCADO GARCIA or one of his agents in the Dominican Republic.

**The Charge**

30.        Beginning on or about December 1, 2007, and continuing until on or about

January 31, 2009, in the State and District of Maryland and elsewhere,

**JOSE MIGUEL MERCADO GARCIA,
ZULAI MORALES,
RAMONA PICHARDO,
MARIA CURET, and
MILTON GORIS,**

the defendants herein, did knowingly, intentionally and unlawfully combine, conspire and

confederate with each other and others known and unknown to the Grand Jury to knowingly,

intentionally and unlawfully commit acts of extortion while under color or pretense of representing

him/herself to be an employee of a department of the United States in violation of 18 U.S.C. §872.

18 U.S.C. §371

ROD J. ROSENSTEIN
United States Attorney for the District of Maryland

A TRUE BILL:

**SIGNATURE REDACTED**

Date: 2|8|11

Foreperson

6